**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**PEDRO VELUNZA and LUIZ F. RODRIGUEZ, and others similarly-situated individuals**

    Plaintiffs,

v.                                                                               Case No: 2:12-cv-389-FtM-99SPC

**SAFE ZONE, LLC and ROBERT D. VALENTINE,**

    Defendants.
_____/

**ORDER**

    This matter comes before the Court on Plaintiffs' Counsel's Unopposed Motion to Withdraw and Unopposed Motion for Enlargement of Time of This Honorable Court's Scheduling Order (Doc. #12) filed on November 8, 2012. Jason S. Remer, Esq., counsel for Plaintiffs, moves to withdraw as counsel of record. As grounds, Mr. Remer states that communication has broken down between him and his clients and that his clients have failed to communicate and stay in contact with him despite numerous attempts to contact them. Mr. Remer asserts that he has complied with the requirement of Local Rule 2.03 and provided 10-days' notice to his client and opposing counsel. Based upon the representations of counsel, the Court finds good cause to allow the withdrawal.

    Plaintiffs' Counsel also requests that Plaintiffs be allowed 30 days to file a response to the Court's FLSA Scheduling Order (Doc. #10). The Court will grant this request, but as most of the dates in the Scheduling Order have passed with no action by the Parties, the Court will direct

the Clerk to issue a new FLSA Scheduling Order which will be provided to Plaintiffs.  **Plaintiffs are advised that they must participate in this action and comply with the dates as set forth in the Court's FLSA Scheduling Order, including meeting and conferring with Defendants in settlement discussions as the Scheduling Order directs.  If Plaintiffs fail to prosecute their case, sanctions could be imposed including but not limited to dismissal of this action**.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs' Counsel's Unopposed Motion to Withdraw and Unopposed Motion for Enlargement of Time of This Honorable Court's Scheduling Order (Doc. #12) is **GRANTED**.

(2) Attorney Jason S. Remer of the law firm Remer & Georges-Pierre, PLLC, is relieved of all further responsibility in this matter.  The Clerk of Court is directed to terminate Mr. Remer as counsel of record for Plaintiffs and from any further notices of electronic filing regarding this case.

(3) The Clerk is directed to note on the docket that Plaintiffs Pedro Velunza nad Luiz F. Rodriguez are proceeding *pro se*.  **All future filings and correspondence in this matter shall be mailed to Plaintiffs at the following addresses:** Pedro Velunza, 1502 NE Vanloon Lane, Cape Coral, Florida 33909; and Luiz F. Rodriguez, 1352 Hancock Bridge Parkway, Cape Coral, Florida 33990.

(4) The Clerk is directed to issue a new FLSA Scheduling Order in this matter and provide a copy of same to Plaintiffs at the aforementioned addresses.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record

Pedro Velunza, *pro se*

Luiz F. Rodriguez, *pro se*